# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellant,

v

ANTOINE TEARSO HEARN,

        Defendant-Appellee.

UNPUBLISHED
December 13, 2018

No. 342845
Wayne Circuit Court
LC No. 15-008834-01-FH

Before: SHAPIRO, P.J., and CAVANAGH and K. F. KELLY, JJ.

SHAPIRO, P.J. (*concurring*).

        I concur in the result only.

                                     /s/ Douglas B. Shapiro